FILED
JAMES J. VILT, JR. - CLERK

JUN 18 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**CHARLES O'LOAN**
**AMBER WARNER**

INDICTMENT

NO. 3:25CR9U DJH

18 U.S.C. § 2
18 U.S.C. § 2422(b)
18 U.S.C. § 2428

The Grand Jury charges:

### COUNT 1
*(Attempted Enticement of a Minor)*

On or about and between January 11, 2024, and May 30, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendants, **CHARLES O'LOAN** and **AMBER WARNER**, aided and abetted by each other, using a facility and means of interstate commerce, did knowingly attempt to persuade, induce, and entice Minor Victim 1 and Minor Victim 2, who both had not attained the age of eighteen years, to engage in sexual activity for which a person may be charged with a criminal offense.

In violation of Title 18, United States Code, Sections 2 and 2422(b).

### NOTICE OF FORFEITURE

As a result of committing the offense in violation of Count 1 of this Indictment, the defendants, **CHARLES O'LOAN** and **AMBER WARNER**, shall forfeit to the United States, pursuant to 18 U.S.C. § 2428, all of the rights, title, and interests in any property, real or personal, used or intended to be used to commit or to facilitate the commission of the violations alleged in Count 1 of this Indictment, including but not limited to the following:

a. iPhone in a pink and clear case;

b. Red Apple iPhone 7 Plus, Serial #: 355354085284968, Model #: A1784;

c. Black iPhone 4 with broken back, IMEI: 012337008314231, Serial #: 84026KVMA4S;

d. Silver Apple iPhone. Phone is in a pink case;

e. Seagate Momentus 160GB Hard Drive, Serial #: 5MA39KC1;

f. Hitachi 250GB Hard Drive Model #: HTS542525K9SA00, Serial #: 080428BB3F00WDDJJ66F;

g. Samsung 850 EVO SSD Serial #: S3PTNB0J803581L;

h. PNY Elite 16GB SD card found inside of a Panasonic DMC-ZS100 Digital Camera; and

i. Blue Motorola XT2413-3, IMEI: 350803923695731.

A TRUE BILL.

Redacted

*/s/ Kyle Bumgarner*
KYLE G. BUMGARNER
UNITED STATES ATTORNEY

KGB:DMY 6.18.25

UNITED STATES OF AMERICA v. **CHARLES O'LOAN and AMBER WARNER**

## PENALTIES

Count 1: NL 10 yrs./NM Life/$250,000/both/NL 5 yrs./NM Life Supervised Release
FORFEITURE
(Mandatory $5,000 assessment per applicable count if the defendant is non-indigent (18 U.S.C. § 3014 – eff. 5/29/2015)

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    <u>For offenses occurring after December 12, 1987:</u>

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.   18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:        Clerk, U.S. District Court
                   106 Gene Snyder U.S. Courthouse
                   601 West Broadway
                   Louisville, KY   40202
                    502/625-3500

BOWLING GREEN:     Clerk, U.S. District Court
                   120 Federal Building
                   241 East Main Street
                   Bowling Green, KY   42101
                   270/393-2500

OWENSBORO:         Clerk, U.S. District Court
                   126 Federal Building
                   423 Frederica
                   Owensboro, KY   42301
                   270/689-4400

PADUCAH:           Clerk, U.S. District Court
                   127 Federal Building
                   501 Broadway
                   Paducah, KY   42001
                   270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.