# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE
### (Filed Electronically)

**CRIMINAL ACTION NO. 3:25CR-96-DJH**
UNITED STATES OF AMERICA,                                         PLAINTIFF,

vs.

CHARLES O'LOAN, et al,                                            DEFENDANTS.

### UNOPPOSED MOTION OF DEFENDANT
### O'LOAN TO CONTINUE TRIAL

Comes the defendant, Charles O'Loan, by counsel, and moves the Court to continue the trial in this action, currently scheduled for August 25, 2025. As grounds for said motion, the undersigned states that discovery is ongoing, as is a forensic examination of evidence. Additional time is necessary to complete discovery and to advise and counsel defendant in order to provide constitutionally effective assistance of counsel.

The undersigned has been authorized by the United States to represent to the Court that it has no objection to the granting of this motion. The undersigned is not aware of the position of the co-defendant regarding this motion.

/s/ Scott T. Wendelsdorf
Federal Defender
629 Fourth Street
200 Theatre Building
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant O'Loan.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

## **CERTIFICATE**

    I hereby certify that on July 24, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                         /s/ Scott T. Wendelsdorf

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808