UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)

**CRIMINAL ACTION NO. 3:25CR-96-DJH**
UNITED STATES OF AMERICA,                                                                        PLAINTIFF,

vs.

CHARLES O'LOAN, et al,                                                                            DEFENDANTS.

## ORDER

Defendant Charles O'Loan, having moved the Court to continue the trial herein; the United States having no objection thereto; the co-defendant having responded thereto; and the Court being otherwise sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that the trial in this action scheduled for August 25, 2025, be, and the same hereby is, vacated; and the matter is assigned to _____, 2025, at the hour of _____ for trial by jury.

**IT IS FURTHER ORDERED AND ADJUDGED** that the period of delay resulting from the continuance of this action be, and the same hereby is, excluded in computing the time within which the trial of the offenses charged herein must commence pursuant to 18 U.S.C. §§18 USCA §3161(h)(7)(A), §3161(h)(7)(B)(ii), and §3161(h)(7)(B)(iv).

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808